Lauren E.H. DiFrancesco (#14205)
GREENBERG TRAURIG, LLP
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
Phone: (801) 478-6924
difrancescol@gtlaw.com

W. Kennedy Simpson  *(pro hac application forthcoming)*
Thompson Miller & Simpson, PLC
734 West Main Street, Suite 400
Louisville, Kentucky 40202
Phone (502) 585-9900
ksimpson@tmslawplc.com

*Counsel for DePuy Synthes Products, Inc. and DePuy Synthes Sales, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION – SOUTHERN REGION

| | |
|---|---|
| CAROL HILTERBRAND and CHARLES HILTERBRAND, | NOTICE OF REMOVAL |
| Plaintiffs, | Case No. 4:22-cv-00024-DN |
| vs. | Judge David Nuffer |
| DEPUY SYNTHES PRODUCTS, INC.; D DEPUY SYNTHES SALES, INC., and DOES 1-10, inclusive, | |
| Defendants. | |

Defendants, DePuy Synthes Products, Inc., and DePuy Synthes Sales, Inc. (collectively "DePuy Synthes"), by counsel, pursuant to 28 U.S.C. §§1441 and 1446, respectfully submit notice of removal of this action from the Fifth Judicial District Court in and for Washington County, State of Utah, and state as follows:

1. This civil action was filed in the Fifth Judicial District Court in and for Washington County, Utah on March 28, 2022.

2. DePuy Synthes was served with the summons and complaint via acceptance of service by counsel on March 28, 2022.

3. This Court has original jurisdiction pursuant to 28 U.S.C. §1332 because the matter in controversy is between citizens of different states and the amount in controversy exclusive of interest and costs exceeds $75,000.00.

4. Upon information and belief, plaintiffs are and were at the time this action was filed residents and citizens of the state of Utah. (Exhibit A to Declaration of Lauren DiFrancesco ("DiFrancesco Decl."), Compl. ¶ 2).

5. Defendant DePuy Synthes Products, Inc. is a Delaware corporation with its principal place of business in West Chester, Pennsylvania. (DiFrancesco Decl. ¶ 5). Accordingly, Defendant DePuy Synthes Products, Inc. is a citizen of Delaware and Pennsylvania, and is not and was not at the time this action was filed a citizen of the state of Utah.

6. Defendant DePuy Synthes Sales, Inc. is a Massachusetts corporation with its principal place of business in Raynham, Massachusetts. Synthes Sales, Inc. (Id. ¶ 6). Accordingly, Defendant DePuy Synthes Sales, Inc. is a citizen of Massachusetts and is not and was not at the time this action was filed a citizen of the state of Utah.

7. Plaintiffs assert claims for strict liability in tort, negligence, breach of implied warranty, breach of express warranty, and loss of consortium all based on the alleged failure of a "TFNA proximal femoral nail" allegedly "designed, researched, manufactured, tested, advertised, promoted, marketed, sold and/or distributed" by Defendants. (Ex. A to DiFrancesco Decl., Compl. ¶¶ 32-65)

8. Plaintiff Carol Hilterbrand asserts the following damages: "bodily injury including, but not limited to a broken femur, permanent joint, muscle and tissue damage, physical and mental

anguish, cognitive decline due to inactivity and stress, as well as other damages, requiring medical treatment and care." (Id. ¶ 67). Plaintiff Carol Hilterbrand further alleges she has "incurred medical bills in the past and will incur medical bills in the future" and "has further suffered tremendous pain, suffering, loss of enjoyment of life, mental anguish and annoyance and inconvenience." (Id.)

9.  Plaintiff Charles Hilterbrand asserts the following loss of consortium damages: "his wife's companionship, aid, comfort, society, services, enjoyment, protection and consortium," and specifically alleges that he alone has been damaged "in an amount are greater than $75,000.00." (Id. ¶ 65)

10. Plaintiffs' state court complaint designated the case as Tier 3, which by definition constitutes an assertion by Plaintiffs that the amount in controversy exceeds $300,000. Utah R. Civ. P. 26(c)(3).

11. Based on the foregoing, the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

12. This notice is being filed within thirty days after receipt by DePuy Synthes of the initial pleadings and summons.

13. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed by Plaintiffs on March 28, 2022, in the Fifth Judicial District in and for Washington County, State of Utah.

14. Attached hereto as **Exhibit B** are all other process, pleadings, orders, or other documents filed in this action or served upon Defendants.

15. Attached hereto as **Exhibit C** is a copy of the docket in the state court action current as of the time of this filing.

16. Promptly after the filing of this notice, DePuy Synthes shall give written notice to the adverse party and shall file a copy of the notice with the clerk of the Fifth Judicial District Court in and for Washington County, State of Utah.

17. By filing this Notice of Removal, DePuy Synthes does not waive any rights or defenses, and expressly reserve all rights and defenses DePuy Synthes may have with respect to Plaintiffs' Complaint. DePuy Synthes does not concede in any way that the allegations in Plaintiffs' Complaint are accurate, or that Plaintiffs are entitled to compensatory or special damages or any other relief.

18. DePuy Synthes hereby reserves the right to amend this Notice of Removal. If any questions as to the propriety of this removal should arise, DePuy Synthes requests the opportunity to present a brief and argument in support of this removal.

WHEREFORE, DePuy Synthes gives notice that the matter bearing civil number 220500219 in the Fifth Judicial District Court in and for Washington County, State of Utah, is removed to the United States District Court for the District of Utah, Southern Region of Central Division, and request that this Court retain jurisdiction for all further proceedings in this matter.

Respectfully submitted,

*/s/ Lauren DiFrancesco*
Lauren E. DiFrancesco
Greenberg Traurig, LLP

s/W. Kennedy Simpson
W. Kennedy Simpson
*(pro hac application forthcoming)*
Thompson Miller & Simpson, PLC

*Counsel for DePuy Synthes Products, Inc. and DePuy Synthes Sales, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2022, a true and complete copy of the foregoing **NOTICE OF REMOVAL** was filed electronically via the Utah federal district court CM/ECF filing system which caused a copy to be served electronically on the following counsel of record:

William E. Frazier
Wil S. Bangerter
Bangerter Frazier Group, PC
bill@bfgfirm.com
wil@bfgfirm.com.com

*Counsel for Plaintiffs*

              */s/ Lauren DiFrancesco*
              Counsel for Counsel for DePuy Synthes
              Products, Inc. and DePuy Synthes Sales, Inc.