THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CAROL HILTERBRAND and CHARLES HILTERBRAND,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DEPUY SYNTHES PRODUCTS, INC.; DEPUY SYNTHES SALES, INC.; and DOES 1-10,<br><br>　　　　　　　　　Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 4:22-cv-00024-JNP-PK<br><br>District Judge Jill N. Parrish |

Based on the parties' Stipulation of Dismissal,[1] and for good cause appearing,

IT IS HEREBY ORDERED that all claims in this case are DISMISSED with prejudice.

Each party shall bear its own costs.

The Clerk is directed to close the case.

Signed December 16, 2022.

BY THE COURT

_____
Jill N. Parrish
United States District Judge

---

[1] Docket no. 23, filed Dec. 15, 2022.